# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
### CIVIL DOCKET FOR CASE #: 3:25−cv−00066−BAJ−RLB

Laue v. Hooper et al  
Assigned to: Judge Brian A. Jackson  
Referred to: Magistrate Judge Richard L. Bourgeois, Jr.  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/17/2025  
Date Terminated: 03/13/2025  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Joseph Valchez Laue**     represented by     **Joseph Valchez Laue**  
520423  
Elayn Hunt Correctional Center  
6925 Highway 74  
St. Gabriel, LA 70776  
PRO SE

V.

**Respondent**

**Tim Hooper**  
*Warden*

**Respondent**

**Elizabeth Murrill**  
*Attorney General for the State of Louisiana*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2025 | Ï 1 | PETITION for Writ of Habeas Corpus, filed by Joseph Valchez Laue. (Attachments: # 1 Memorandum in Support, # 2 Supporting Documents, # 3 Cover Letter) (CIS) (Entered: 01/24/2025) |
| 01/17/2025 | Ï 2 | MOTION to Proceed In Forma Pauperis with Statement of Account by Joseph Valchez Laue. (Attachments: # 1 Statement of Account, # 2 Proposed Pleading; Order) (CIS) (Entered: 01/24/2025) |
| 01/24/2025 | Ï | MOTION(S) REFERRED: 2 MOTION to Proceed In Forma Pauperis with Statement of Account. This motion is now pending before the USMJ. (CIS) (Entered: 01/24/2025) |
| 01/24/2025 | Ï | ***Set CASE REFERRED Flag (PPS) (CIS) (Entered: 01/24/2025) |
| 01/27/2025 | Ï 3 | Exhibit(s) to 1 Petition for Writ of Habeas Corpus by Joseph Valchez Laue (Attachments: # 1 Attachment 15−Executive Order) (CIS) (Entered: 01/28/2025) |
| 03/13/2025 | Ï 4 | Order Transferring Case to the Eastern District of Louisiana. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 3/12/2025. (ELW) (Entered: 03/13/2025) |

*Case #: 3:25−cv−00066−BAJ−RLB*