**Joseph V. Laue #520423**
**Elayn Hunt Correctional Center**
**6925 Highway 74**
**St. Gabriel, LA 70776**

---

July 27, 2025
29,

Clerk of Court
United States Eastern District of Louisiana
500 Poydras Street, Rm. C151
New Orleans, LA 70130

    Re:  *Joseph V. Laue v. Tim Hooper, Warden*
           Civil Action No. 25-490; Section "T" (5)
           Judge Greg G. Guidry; Magistrate Michael B. North

Dear Clerk:

    I am enclosing two copies [handwritten: one (I'm having trouble getting copies)] of a *Notice of Pendency of Action And Request for Stay* in the referenced action. Please file same into the record, and return a conformed copy to me at the address above. If that is inconvenient, please provide proof of filing of these items.

    By copy of this letter, I am also providing Mr. Matt Caplan and Attorney General Elizabeth Murrill with the documents to be filed, and mailed to their respective addresses below.

Sincerely,

Joseph V. Laue

JVL/vrl

Enclosures:
*As indicated*

cc: (*w/ encl.*)

| | |
|---|---|
| Matthew B. Caplan | Elizabeth Murrill |
| Asst. District Attorney | Attorney General of Louisiana |
| 701 N Columbia Street | 1885 North 3rd Street |
| Covington, LA 70433-2760 | Baton Rouge, LA 70804-9005 |