Joseph V. Laue 520423
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, LA. 70776

FIRST-CLASS
US POSTAGE PITNEY BOWES
$ 003.00⁰
ZIP 70776
02 7W
0008041059 JUL 30 2025

Clerk of Court
United States Eastern District of Louisiana
500 Poydras St., Rm. C151
New Orleans, LA 70130

Case 2:25-cv-00490-GGG-MBN    Document 17-3    Filed 08/04/25    Page 2 of 2



PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER

RECEIVED
AUG 04 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK