**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOSEPH LAUE**                                              **CIVIL ACTION**

**VERSUS**                                                   **NO. 25-490**

**TIM HOOPER, WARDEN**                                       **SECTION: "T"(5)**

## O R D E R

In connection with the captioned habeas proceeding, petitioner, Joseph Laue, has filed a Motion to Stay and Hold in Abeyance (ECF No. 17). The State is directed to respond to said motion within 30 days from the entry of this Order.

New Orleans, Louisiana, this  8th  day of August, 2025.

.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**