UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH VALCHEZ LAUE, #520423** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-490** |
| **TIM HOOPER, WARDEN** | **SECTION: "T"(5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Joseph Valchez Laue for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

**IT IS FURTHER ORDERED** that the "Notice of Pendency of Action and Request for Stay" is **DENIED**.

New Orleans, Louisiana, this 31st day of December, 2025.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE